UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08 CR 475 - BEN |
| Plaintiff | ) ) | CRIMINAL NO. 08 MJ 344 |
| vs. | ) ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Rita Antonia Madrigal | ) ) | |
| Defendant(s) | ) ) | Booking No. |

On order of the United States ~~District~~/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (~~Bond Posted~~ / ~~Case Disposed~~ / Order of Court).

Zenon Juan Venegas-Venegas

DATED: 2/21/08

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____ Deputy Clerk