PS 8
(8/88)

# United States District Court
## for

## SOUTHERN DISTRICT OF CALIFORNIA



FILED

08 APR 16 PM 3: 40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**U. S. A. vs. MADRIGAL, RITA ANTONIA**          Docket No. 08CR475BEN-001

### Petition for Action on Conditions of Pretrial Release

   Comes now Boris Ilic Pretrial Services Officer presenting an official report upon the conduct of defendant RITA ANTONIA MADRIGAL who was placed under pretrial release supervision by the Honorable Ruben B. Brooks sitting in the court at San Diego, on the 6th day of February, 2008, under the following conditions:

Restrict travel to State of California; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; actively seek and maintain full-time employment; and clear all FTA's and fines within 30 days of release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. The defendant was unable to clear the outstanding matters within the required 30 day period, however, continues to make a good faith effort.

**PRAYING THAT THE COURT WILL DELETE THE 30 DAY DEADLINE AND ALLOW THE DEFENDANT (OR ATTORNEY ON DEFENDANT'S BEHALF) TO CONTINUE MAKING PAYMENTS AND APPEAR AT ALL FUTURE STATE COURT HEARINGS.**

ORDER OF COURT

Considered and ordered this 15th day of April, 2008 and ordered filed and made a part of the records in the above case.

_____
U. S. Magistrate Judge Ruben B. Brooks

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/14/08

Respectfully,

_____
Boris Ilic, U.S. Pretrial Services Officer

Place __San Diego, California__

Date __April 14, 2008__