DAVID BAKER
419 19TH ST
San Diego, CA 92102
(619)743-0121

Attorney for, MADRIGAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No. 08-CR-0475-BEN |
| Plaintiff,            ) | **JOINT MOTION TO CONTINUE** |
| ) | **SENTENCING** |
| vs.            ) | |
| ) | |
| RITA MADRIGAL,            ) | Date: MAY 27, 2008 |
| ) | Time: 9:00 |
| Defendant.            ) | |
| _____ ) | |

KAREN HEWITT, United States Attorney, by CALAB MASON, Assistant Untied States Attorney, and RITA MADRIGAL, by and through her attorney, DAVID L. BAKER,  hereby stipulate and agree that the Sentencing hearing currently set in the above captioned court on May 27, 2008 shall be continued to July 21, 2008 at 9:00 a.m. The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to the Speedy Trial Act.

1    **IT IS SO STIPULATED:**

2

3

4

5

6

7    UNITED STATES ATTORNEY

8

9

10    DATE:4/21/08                                    s/Mason_____

11                                                   ASSISTANT UNTIED STATES
                                                     ATTORNEY

12

13

14

15

16
                                                     s/Baker_____
17    DATE:4/21/08
                                                     David Baker Attorney for
18                                                   Defendant, Rita Madrigal

19

20

21

22

23

24

25

26

27

28