DAVID BAKER
Attorney at Law
419 19TH STREET
San Diego, California 92102
Telephone: (619) 743-0121
Fax: (619) 238-0144

Attorney for: MADRIGAL

FILED
08 APR 25  AM 9: 20
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

# DISTRICT COURT OF THE UNITED STATES
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-CR-0475-BEN |
| Plaintiff, | |
| vs. | ACKNOWLEDGEMENT OF CHANGE OF COURT DATE |
| RITA MADRIGAL, | |
| Defendant. | |

I RITA MADRIGAL hereby acknowledge and agree that my court date set on MAY 27, 2008 will be changed to JULY 21, 2008 at 8:30 A.M.

Dated: __4/21/08

*Rita Madrigal*
RITA MADRIGAL

Page 1