DAVID BAKER
419 19TH ST
San Diego, CA 92102
(619)743-0121

Attorney for, MADRIGAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CR-0475-BEN |
| Plaintiff, ) | **JOINT MOTION TO CONTINUE SENTENCING** |
| vs. ) | |
| RITA MADRIGAL, ) | Date: September 2, 2008 |
| Defendant. ) | Time: 9:00 a..m. |
| _____ ) | |

    KAREN P. HEWITT, United States Attorney, by CARLOS CANTU, Assistant Untied States Attorney, and RITA MADRIGAL, by and through her attorney, DAVID L. BAKER, hereby stipulate and agree that the Sentencing hearing currently set in the above captioned court on July 21st, 2008 shall be continued to September 2nd, 2008 at 9:00 a.m. The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to the Speedy Trial Act.

**IT IS SO STIPULATED:**

UNITED STATES ATTORNEY

DATE:7/17/08                                                              s/CANTU_____
                                                                          ASSISTANT UNTIED STATES
                                                                          ATTORNEY Carlos Cantu

DATE:7/17/08                                                              s/Baker_____
                                                                          David Baker Attorney for
                                                                          Defendant, Rita Madrigal