1 | DAVID BAKER
Attorney at Law
2 | 419 19TH STREET
San Diego, California 92102
3 | Telephone: (619) 743-0121
Fax: (619) 238-0144
4 |
5 | Attorney for: MADRIGAL
6 |
7 |             DISTRICT COURT OF THE UNITED STATES
8 |             SOUTHERN DISTRICT OF CALIFORNIA
9 |
10 | UNITED STATES OF AMERICA,        ) No. 08-CR-0475-BEN
11 |       Plaintiff,                 )
                                      )
12 |    vs.                           ) ACKNOWLEDGEMENT OF CHANGE OF
                                      ) COURT DATE
13 | RITA MADRIGAL,                   )
                                      )
14 |       Defendant.                 )
15 |
16 |
17 | I RITA MADRIGAL hereby acknowledge and agree that my court date set on JULY 21, 2008 will be
18 | changed to SEPTEMBER 2, 2008 at 9:00 A.M.
19 |
20 |
21 |
22 | Dated: 7/21/08
23 |                                        *Rita Madrigal* (signature)
                                            RITA MADRIGAL
24 |
25 |
26 |
27 |
28 |

Page 1